UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERVIN JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 08 0026 |
| | ) |
| D.C. DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FILED**

JAN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within __45__ days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is further

ORDERED that the Clerk of Court furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's custodian, the named Respondents, and send a copy of the Petition to the District of Columbia Attorney General and to the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge

Jan. 9, 2008

Date: