UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERVIN JACKSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>D.C. DEPARTMENT OF )<br>CORRECTIONS, et al. )<br>)<br>Respondents. )<br>_____) | Civil Action No. 08-0026 |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Kara L. Petteway, Special Assistant Attorney General, Office of Attorney General, as counsel for Defendants D.C. Department of corrections and D.C. Parole Board. Defendants do not waive any defenses by the filing of this notice.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

_____/s/_____
KARA L. PETTEWAY [# 975541]
Assistant Attorney General
441 4th Street, N.W.

6th Floor South  
Washington, D.C. 20001  
(202) 442-6522 (phone)  
(202) 727-3625 (fax)  
kpetteway@fulbright.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance was electronically filed, this 21st day of April, 2008, and that a true and correct copy was mailed, via first class mail postage prepaid, to:

Mervin Jackson
217 Weymouth St.
Upper Malboro, Maryland
*Petitioner*

                                              /s/  Kara L. Petteway
                                              KARA L. PETTEWAY
                                              Assistant Attorney General