UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERVIN JACKSON )<br>  )<br>  Petitioner, )<br>  )<br>v. )<br>  )<br>D.C. DEPARTMENT OF )<br>CORRECTIONS, et al. )<br>  )<br>  Respondents. )<br>_____) | Civil Action No. 08-0026 |

## RESPONSE BY THE DISTRICT OF COLUMBIA

The District of Columbia, files this response to the Court's Order to Show Cause issued January 9, 2008 (Docket No. 4). The petitioner, Mervin Jackson, filed a *pro se* petition for a writ of habeas corpus challenging the computation of his sentence. As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

### STATEMENT OF FACTS

According to the petition, Mervin Jackson "was sentenced in the D.C. Superior court in criminal case numbers F7295-90D for Attempted Distribution of Cocaine and sentenced to (3) three to (9) nine years with credit for time served and work release recommended. (Pet. at 1). Mr. Jackson now seeks the re-computation of his sentence. See generally, Pet.

### DISCUSSION

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole and sentencing matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.), the

United States Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons ("BOP"), and also transferred the parole authority for such felons from the D.C. Board of Parole to the United States Parole Commission ("USPC").  *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002).  In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions.  Thus, the District of Columbia has no authority to respond to the merits of the petition, but it will abide by any lawful order of this Court with regard to Mr. Johnson.

The real party in interest is the USPC and/or BOP, whose actions are at issue herein.  Thus, the District of Columbia defers to the United States on this matter and requests that the District of Columbia be dismissed from this action.  *See Fletcher v. Reilly*, 433 F.3d 867, 876 (D.C. Cir. 2006) (affirming the lower court's dismissal of the District where "[t]he petition contains no allegations of wrongdoing by any District of Columbia officials" and the petitioner was no longer in the custody of a District of Columbia facility.  "Furthermore, the D.C. Board of Parole no longer exists, so [the petitioner] can obtain no redress from the District of Columbia.").

WHEREFORE, the District of Columbia respectfully requests that the petition for the writ of habeas corpus be denied as to the District of Columbia and that the Court's Order to show cause be discharged as to the District of Columbia.

                                          Respectfully submitted,

                                          PETER J. NICKLES
                                          Interim Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

                                          /s/
                                          KIMBERLY MATTHEWS JOHNSON [#435163]
                                          Section Chief
                                          General Litigation Section I

                                          /s/
                                          KARA L. PETTEWAY [# 975541]
                                          Assistant Attorney General
                                          441 4th Street, N.W.
                                          6th Floor South
                                          Washington, D.C. 20001
                                          (202) 442-6522 (phone)
                                          (202) 727-3625 (fax)
                                          kpetteway@fulbright.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 21, 2008, a copy of the foregoing response and proposed order were mailed postage prepaid to:

Mervin Jackson
217 Weymouth St.
Upper Malboro, Maryland
*Petitioner*

                 /s/
               Kara L. Petteway
               Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MERVIN JACKSON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0026 |
| | ) | |
| D.C. DEPARTMENT OF CORRECTIONS, et al. | ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the District of Columbia's response to the petition for writ of habeas corpus and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia.

SO ORDERED, this _____ day of _____, 2008.

_____

UNITED STATES JUDGE