UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MERVIN JACKSON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-0026 (CKK) |
| D.C. DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

On April 16, 2008, the federal respondents filed a motion to dismiss this petition for writ of habeas corpus.[1] On April 17, 2008, the Court issued an Order advising petitioner of his obligation to file an opposition or other response to the motion and the consequences of his failure to oppose it. The April 17, 2008 Order warned petitioner that if he failed to file a timely response, the Court may treat respondents' motion as conceded. The Court set May 15, 2008 as the deadline for petitioner's opposition. To date, petitioner neither has filed an opposition nor has requested additional time do so. Accordingly, it is hereby

ORDERED that the federal respondents' motion to dismiss [Dkt. #12] is GRANTED as conceded. It is further

ORDERED that the Order to Show Cause [Dkt. #4] is VACATED. It is further

---

[1] The District of Columbia respondents filed a response to the Order to Show Cause on April 21, 2008.

ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DISMISSED without prejudice. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at his address of record.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: May 28, 2008